**No. 10-9391. Stacy Hawkins, Petitioner v. Michigan Department of Corrections.**

563 U.S. 993, 131 S. Ct. 2481, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3731.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-9392. Vernell McKnight, Jr., Petitioner v. Anita Trammell, Warden.**

563 U.S. 993, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3776.

May 16, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 10-9401. Leo Glover, Petitioner v. Raymond Booker, Warden.**

563 U.S. 993, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3625.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit is denied.

**No. 10-9406. Joseph Aruanno, Petitioner v. Andrew Booker, et al.**

563 U.S. 994, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3762.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 397 Fed. Appx. 756.

**No. 10-9407. Timothy Boczkowski, Petitioner v. Butch Jackson, et al.**

563 U.S. 994, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3631,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9410. Cuahutemoc Hernandez, Petitioner v. Illinois.**

563 U.S. 994, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3685.

May 16, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 396 Ill. App. 3d 1126, 379 Ill. Dec. 371, 6 N.E.3d 448.

**No. 10-9415. Jose Perez, Petitioner v. Michael Evans, Warden.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3765.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 262.

**No. 10-9416. Lerajjareanra-O-Kel-Ly, Petitioner v. Blair Olsen, et al.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3660.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.